UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

GREGORY GRIFFIN,

    Petitioner,

V.

GREGORY KIZZIAH, Warden,

    Respondent.

Civil Action No. 7: 17-43-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Federal Rules of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1.    The petition filed pursuant to 28 U.S.C. § 2241 by Gregory Griffin [R. 1] is **DENIED AS MOOT**.

2.    Judgment is **ENTERED** in favor of the respondent.

3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated November 20, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY